# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER L. IMPASTATO** | **DOCKET NO.: 11-01889** |
| vs. | **JUDGE KURT D. ENGELHARDT** |
| **PAMLAB, LLC** | **MAGISTRATE KAREN WELLS ROBY** |

## ORDER

UPON CONSIDERATION of the joint motion to dismiss with prejudice filed by the parties and for good cause shown:

**IT IS HEREBY ORDERED** that plaintiff's claims are dismissed with prejudice, each party to bear its own fees and costs.

**DONE** and **SIGNED** in Chambers at New Orleans, Louisiana this ___31st___ day of _____January_____, 2013.

_____
United States District Judge