## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER L. IMPASTATO** | **CIVIL ACTION** |
| **VERSUS** | **NO:   11-1889** |
| **PAMLAB, LLC** | **SECTION: "N" (4)** |

## ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(Rec. Doc. #34)** scheduled for January 31, 2013, at 10:00 a.m. is **Cancelled.** The District Judge's staff has been notified.

New Orleans, Louisiana, this 30th day of January 2013

*[signature]*

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Kurt D. Engelhardt**